# EXHIBIT B

**NEED IT BY SATURDAY?**
Select Saturday Delivery at Checkout!

‹                                                                                        10h:30m:34s  ›

FASHION**NOVA**

Home   >   Fashion Nova Terms of Service

# FASHION NOVA TERMS OF SERVICE

EFFECTIVE DATE: March 29, 2024

Fashion Nova, LLC ("We" or "Fashion Nova") is the operator of the website located at www.fashionnova.com (the "Website"). This Agreement governs your use of the Website, your purchase of any products from Fashion Nova (the "Products"), or receipt of any services from Fashion Nova (the "Services").

The Website, Products, and Services are offered subject to your acceptance of these Terms of Service ("Terms" or "Agreement"). These Terms constitute a legally binding agreement between you and Fashion Nova, and you should read them carefully. By agreeing to these Terms, you also agree to the Fashion Nova's Privacy Policy, Promo Terms and Conditions, and all other Fashion Nova policies found at www.fashionnova.com, each of which is expressly incorporated by reference herein.

**IMPORTANT NOTICE: THESE TERMS CONTAIN A MANDATORY ARBITRATION AGREEMENT, REQUIRING ANY DISPUTE BETWEEN YOU AND FASHION NOVA TO BE EXCLUSIVELY RESOLVED BY FINAL AND BINDING INDIVIDUAL ARBITRATION AND REQUIRING YOU TO FOREGO JURY TRIALS, CLASS OR COLLECTIVE ACTIONS OR PROCEEDINGS, AND ALL OTHER TYPES OF COURT PROCEEDINGS OF ANY KIND, SUBJECT TO LIMITED EXCEPTIONS. UNLESS YOU OPT-OUT IN ACCORDANCE WITH THE OPT-OUT PROCEDURES BELOW, YOU WILL BE BOUND BY THIS ARBITRATION AGREEMENT. BY ACCESSING, USING, AND/OR BUYING ANY PRODUCT THROUGH THE WEBSITE, YOU EXPRESSLY ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTAND THE TERMS OF THE ARBITRATION AGREEMENT AND HAVE TAKEN TIME TO CONSIDER THE CONSEQUENCES OF THIS IMPORTANT DECISION.**

### User Obligations

By downloading, accessing or using the Website, you represent that you are at least eighteen (18) years old or the legal age of majority, whichever is greater, and you are agreeing to these Terms. You also agree to abide by all applicable local, state, and national laws and regulations with respect to your use of the Website. You further represent you shall at all times provide true, accurate, current, and complete information (and updates thereto) when submitting information to Fashion Nova through the Website. You shall only use the Website as permitted by this Agreement, and you shall not use the Website or the Content for any commercial, political, obscene, illegal, or inappropriate purpose. Fashion Nova reserves the right, in its sole discretion, to terminate

GET 30% OFF!

By using this website, you consent to our use of first- and third-party cookies and similar tracking technologies to enhance your experience, conduct analytics, and advertise to you or others. You also consent to our sharing of information about your use of this website with our social media, advertising and analytics partners. Please see our Privacy Policy and manage Your Privacy Choices.

OK

**Purchases through the Website**

All purchases made through the Website are subject to our acceptance. This means that we may refuse to accept or may cancel any transaction, in our sole discretion, and without liability to you or any third party. The Website does not permit orders from dealers, wholesalers, or other customers who intend to resell items offered on the Website. Fashion Nova expressly conditions its acceptance of your order on your agreement to these Terms, and to all additional terms and conditions that are provided to you on the Website that govern your purchase of certain Products. By ordering Products through the Website, you agree to provide true, accurate, current, and complete information. Fashion Nova reserves the right without prior notice to discontinue or change specifications and prices on Products offered on and outside of the site without incurring any obligation to you. Prices and availability are subject to change without prior notice, and Fashion Nova reserves the right to revoke any offer to correct any errors, inaccuracies, or omissions.

Fashion Nova wants you to be satisfied with your purchases from this Website. If you wish to return a product, please review our Return Policy, which are incorporated herein by reference.

**Website Ownership and Content**

The Website contains materials including, but not limited to, text, images, designs, photographs, videos, audi clips, graphics, button icons, pictures, advertising copy, URLs, technology, software, and the overall arrangement or "look and feel" of such materials including copyrightable material, as well as trademarks, logos, and service marks that belong to either Fashion Nova, its licensors, licensees or other third parties (collectively the "Content"). The Website and the Content are owned, licensed, or controlled by Fashion Nova its licensors, and certain other third parties, and all right, title, interest in and to the Content and the Website are the property of Fashion Nova, its licensors, or certain other third parties and are protected by United States and international copyright, trademark, trade dress, patent or other intellectual property rights and laws to the fullest extent possible. By using the Website, you will not obtain any ownership or intellectual property or other interest in any item or content on the Website. Subject to your agreement and compliance with this Agreement, Fashion Nova grants you a limited, non-exclusive, non-transferrable, non-assignable, revocable license to access, display, view, and use the Content on the Website for your own personal, non-commercial use only. You agree that Fashion Nova may immediately and, without notice to you, suspend or terminate the availability of the Website, its Content, or the Products without any liability to you or any third party.

**User-Generated Content**

By submitting or posting any materials or content on the Site ("User-Generated Content"), you grant to Fashion Nova a perpetual, irrevocable, royalty-free, worldwide, royalty-free, sub-licensable and transferable license to copy, publish, translate, modify, reformat, create derivative works from, distribute, reproduce, and

By using this website, you consent to our use of first- and third-party cookies and similar tracking technologies to enhance your experience, conduct analytics, and advertise to you or others. You also consent to our sharing of information about your use of this website with our social media, advertising and analytics partners. Please see our Privacy Policy and manage .

**LIMITATION OF LIABILITY; DISCLAIMER OF WARRANTIES.** EXCEPT WHERE OTHERWISE INAPPLICABLE OR PROHIBITED BY LAW, THE WEBSITE, AND ALL CONTENT, PRODUCTS, AND OTHER INFORMATION ON OR ACCESSIBLE FROM OR THROUGH THIS WEBSITE ARE PROVIDED "AS IS" AND "AS AVAILABLE", WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, SECURITY OR ACCURACY. FASHION NOVA DOES NOT WARRANT THAT: (1) THE INFORMATION ON THE WEBSITE IS CORRECT, ACCURATE OR RELIABLE; (2) THE FUNCTIONS CONTAINED ON THE WEBSITE APP WILL BE UNINTERRUPTED OR ERROR-FREE; OR (3) DEFECTS WILL BE CORRECTED, OR THAT THE WEBSITE OR THE SERVER THAT MAKES IT AVAILABLE IS FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. IN NO EVENT SHALL FASHION NOVA OR ITS OFFICERS, DIRECTORS, SHAREHOLDERS, EMPLOYEES, INDEPENDENT CONTRACTORS, OR AGENTS BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, EXEMPLARY, CONSEQUENTIAL, OR PUNITIVE DAMAGES, UNDER ANY CAUSE OF ACTION WHATSOEVER INCLUDING, BUT NOT LIMITED TO, CONTRACT, TORT, STRICT LIABILITY, WARRANTY, OR OTHERWISE, FOR ANY CLAIM, CAUSE OF ACTION, FEE, EXPENSE, COST, OR LOSS ARISING FROM OR RELATED TO THIS AGREEMENT, THE PRIVACY POLICY, THE RETURN POLICY, THE SHIPPING POLICY, THE PRODUCTS, OR YOUR USE OF THE WEBSITE OR ANY PRODUCTS. NOTWITHSTANDING ANYTHING IN THESE TERMS TO THE CONTRARY, THIS DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY DOES NOT APPLY IN NEW JERSEY.

**Dispute Resolution: Binding Individual Arbitration & Class Action/Jury Trial Waiver ("Arbitration Agreement")**

References to "Fashion Nova", "you", "we", and "us" in this Arbitration Agreement include our respective predecessors in interest, successors, and assigns, as well as our respective past, present, and future parents subsidiaries and affiliates; those entities and our respective agents, employees, licensees, licensors, and providers of content as of the time your or our claim arises.

<u>Section 1: Mandatory Individual Arbitration:</u> **Any dispute, claim, or controversy arising out of or relating in any way to your visit to, or use of, the Website, the Products, any purchase, the Services, or otherwise related to the Terms, including those relating to the formation, breach, termination, enforcement, interpretation, validity, scope, or applicability of the Terms and this Arbitration Agreement (collectively, "Dispute" or "Disputes"), whether such Disputes arose on or subsequent to you entering these Terms, and if not resolved through the informal dispute resolution procedure set forth below, shall be exclusively resolved by individual, binding arbitration in accordance with this Arbitration Agreement.** The arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to resolve any Disputes relating to the interpretation, applicability, enforceability, or formation of this Arbitration Agreement, including any claim that all or any part of this Arbitration Agreement is void or voidable. The arbitrator shall also be responsible for determining all threshold arbitrability issues, including issues relating to whether these Terms are unconscionable or illusory, in whole or in part, and any defense to arbitration, including waiver, delay,

By using this website, you consent to our use of first- and third-party cookies and similar tracking technologies to enhance your experience, conduct analytics, and advertise to you or others. You also consent to our sharing of information about your use of this website with our social media, advertising and analytics partners. Please see our <u>Privacy Policy</u> and manage .

consumer or its interactions with governmental and regulatory authorities shall not be subject to arbitration. Either party may also elect to have Disputes heard in small claims court seeking only individualized relief, so long as the action is not removed or appealed to a court of general jurisdiction.

**Section 2: Class Action/Jury Trial Waiver: You and Fashion Nova agree that, to the fullest extent permitted by law, each party is waiving the right to a trial by jury or to participate as a plaintiff, claimant, or class member in any class, collective, consolidated, private attorney general, or representative proceeding.** This means that you and Fashion Nova may not bring a claim on behalf of a class or group and may not bring a claim on behalf of any other person unless doing so as a parent, guardian, or ward of a minor or in another similar capacity for an individual who cannot otherwise bring their own individual claim. This also means that you and Fashion Nova may not participate in any class, collective, consolidated (other than any batching procedures conducted by the arbitral forum), private attorney general, or representative proceeding brought by any third party.

Unless both you and Fashion Nova agree in writing, any arbitration will be conducted only on an individual basis and not in a class, collective, consolidated (other than any batching procedures conducted by the arbitral forum), or representative proceeding. If any court or arbitrator determines that this Class Action/Jury Trial Waiver is void or unenforceable for any reason or that an arbitration can proceed on a class basis, then the Arbitration Agreement shall be deemed null and void in its entirety, and you and Fashion Nova shall be deemed not to have agreed to arbitrate Disputes.

To the extent that any claims are allowed to proceed on a class, collective, consolidated (other than any batching procedures conducted by the arbitral forum), or representative basis, such claims must be litigated in a federal or state court of competent jurisdiction in Los Angeles County, California, and the parties agree that litigation of those claims shall be stayed pending the outcome of any individual claims in arbitration.

Notwithstanding the foregoing, you or Fashion Nova may participate in a class-wide settlement.

**Section 3: Opt-Out Procedures:** You shall have thirty (30) days from the earlier of the date that you: (i) first access the Website; (ii) first purchase a Product; or (iii) first provide information to the Website to opt out of this Arbitration Agreement. To opt out, you must send us a written opt-out notice ("Opt-Out Notice") by email at legal@fashionnova.com within 30 days after the earlier of: (1) the date you first accessed the Website; (2) the date you first purchased a Product; or (3) the date you first provided information to the Website after the Effective Date of these Terms ("Opt-Out Period"). The Opt-Out Notice must contain your full legal name, your complete mailing and email address and phone number, and a clear statement that you wish to opt out of this Arbitration Agreement. If your Opt-Out Period has passed, you are not eligible to opt out of this Arbitration Agreement. If you opt out of this Arbitration Agreement, all other provisions of the Terms will continue to apply to you. Additionally, if you opt out of this Arbitration Agreement, you may still be bound to previous versions of this Arbitration Agreement by reason of your separate agreement to those previous versions. In

By using this website, you consent to our use of first- and third-party cookies and similar tracking technologies to enhance your experience, conduct analytics, and advertise to you or others. You also consent to our sharing of information about your use of this website with our social media, advertising and analytics partners. Please see our Privacy Policy and manage .

**Section 4: Rules & Governing Law**

**Mandatory Pre-Arbitration Notice and Informal Dispute Resolution Procedures:** You and we agree that good-faith, informal efforts to resolve disputes often can result in a prompt, cost-effective and mutually beneficial outcome. Therefore, in the event of a Dispute, you and Fashion Nova each agree to send the other party a written Notice of Dispute ("Notice of Dispute" or "Notice"). A Notice of Dispute from you to Fashion Nova must be emailed to legal@fashionnova.com ("Notice Address"). Any Notice of Dispute must include (i) the claimant's full legal name, complete mailing address, and email address; (ii) a description of the nature and basis of the claim or dispute; (iii) if you are submitting the Notice, any relevant facts regarding your use of the Website, including whether you have created an account with or receive any emails associated with the Website and/or if you have made a purchase from the Website, and if so, the date(s) of the purchase(s); and (iv) a personally signed statement from the claimant (and not their counsel) verifying the accuracy of the contents of the Notice. The Notice must be individualized, meaning it can concern only your dispute and no other person's dispute. Fashion Nova will send any Notice of Dispute to you at the email address or mailing address it has for you, if any.

After receipt of a Notice of Dispute, the parties shall engage in a good faith effort to resolve the Dispute for a period of 60 days (which can be extended by agreement). You and we agree that, after receipt of the Notice of Dispute, the recipient may request an individualized telephone or video settlement conference (which can be held after the 60-day period) and both parties will attend (with counsel, if represented). You and we agree that the parties (and counsel, if represented) shall work cooperatively to schedule the conference at the earliest mutually-convenient time and to seek to reach a resolution.

Compliance with this Mandatory Pre-Arbitration Notice and Informal Dispute Resolution Procedures section is a condition precedent to initiating arbitration. Any applicable limitations period (including statute of limitations) and any filing fee deadlines shall be tolled while the parties engage in the informal dispute resolution procedures set forth in this subsection. All of the Mandatory Pre-Arbitration Notice and Informal Dispute Resolution Procedures are essential so that you and Fashion Nova have a meaningful opportunity to resolve disputes informally. If any aspect of these requirements has not been met, the parties agree that a court of competent jurisdiction may enjoin the filing or prosecution of an arbitration. If an arbitration is already pending, the arbitrator or a court of competent jurisdiction may determinate whether the arbitration may be administratively stayed pending the court's determination. Nothing in this paragraph limits the right of a party to seek damages for non-compliance with these Procedures in arbitration.

If the parties cannot resolve the Dispute through the Informal Dispute Resolution Procedures above, you and Fashion Nova each agree that all Disputes shall be resolved exclusively through final and binding individual arbitration, rather than in court. The parties may agree to waive hearings and resolve Claims through submission of documents. Any arbitration hearing will be conducted remotely by telephone or video conference to the extent possible, but if the arbitrator determines, or the parties agree, that a hearing should be conducted in person, the arbitration hearing will take place as close to your residence as practicable, or

By using this website, you consent to our use of first- and third-party cookies and similar tracking technologies to enhance your experience, conduct analytics, and advertise to you or others. You also consent to our sharing of information about your use of this website with our social media, advertising and analytics partners. Please see our Privacy Policy and manage        .

Agreement. ADR Services' Rules are available at https://www.adrservices.com/services-2/arbitration-rules/. A party who desires to initiate arbitration must provide the other party with a written Demand for Arbitration as specified in the Rules. A form for initiating arbitration proceedings is available on ADR Services' website at www.adrservices.com. You and we agree that the party initiating arbitration must submit a certification that they have complied with and completed the Mandatory Pre-Arbitration Notice and Informal Dispute Resolution Procedures requirements referenced above, and that they are a party to the Arbitration Agreement enclosed with or attached to the demand for arbitration. The demand for arbitration and certification must be personally signed by the party initiating arbitration (and their counsel, if represented). The parties agree that submission of the certification shall be required for the claim to be deemed properly filed. For additional information on how to commence an arbitration proceeding, you can contact ADR Services at demands@adrservices.com.

If 20 or more similar arbitration demands presented by or with the assistance, coordination, or cooperation of the same law firm, group of law firms, cooperating law firms, or organization are allowed to be submitted for arbitration, ADR Services shall: (i) administer the arbitration demands in at least 20 batches, with the discretion to create additional batches if ADR Services finds that they are necessary to facilitate the efficient resolution of demands; and (ii) apply a single initial filing fee and administrative fee per batch for each side with respect to the fees set forth in ADR Services' then-current Mass Consumer Non-Employment Arbitration Fee Schedule. You agree to cooperate in good faith to implement this batch approach (the "ADR Batching Procedure") to facilitate the efficient resolution of claims. This ADR Batching Procedure shall in no way be interpreted as authorizing class arbitrations of any kind. Fashion Nova reserves all rights and defenses as to each and any demand and claimant. If any court or arbitrator determines that this ADR Batching Procedure and the batching procedure for claims administered by NAM (see below) are both void or unenforceable for any reason or that an arbitration can proceed on a class basis, then the Arbitration Agreement shall be deemed null and void in its entirety, and you and Fashion Nova shall be deemed not to have agreed to arbitrate Disputes.

If ADR Services notifies the parties in writing that it is not available to arbitrate any Claim, or if ADR Services i otherwise unable to arbitrate any Claim, that Claim shall be submitted to National Arbitration and Mediation ("NAM"), www.namadr.com, for final and binding individual arbitration before one arbitrator. The arbitration of that Claim shall be administered by NAM in accordance with its rules and procedures, including any supplementary rules and fee schedules, then in effect, except as modified by this Arbitration Agreement. If NAM determines that there are 25 or more substantially similar Claims that are allowed to be submitted for arbitration but cannot be arbitrated by ADR Services, and are presented to NAM by or with the assistance, coordination, or cooperation of the same law firm, group of law firms, cooperating law firms, or organization, NAM's mass filing fee structure shall apply and the parties agree that the arbitrations will proceed in accordance with the batching process as follows: (i) NAM shall administer those Claims in batches of at least 25 Claims, with the discretion to create additional batches if NAM finds that they are necessary to facilitate the efficient resolution of demands; (ii) NAM shall provide for the resolution of each batch as a single consolidated arbitration with one procedural calendar and one hearing (if any) to the extent permissible under

By using this website, you consent to our use of first- and third-party cookies and similar tracking technologies to enhance your experience, conduct analytics, and advertise to you or others. You also consent to our sharing of information about your use of this website with our social media, advertising and analytics partners. Please see our Privacy Policy and manage                              .

claims administered by NAM shall in no way be interpreted as authorizing class arbitrations of any kind. Fashion Nova reserves all rights and defenses as to each and any demand and claimant.

Notwithstanding any choice of law or other provision in these Terms, the parties agree and acknowledge that this Arbitration Agreement evidences a transaction involving interstate commerce and that the Federal Arbitration Act, 9 U.S.C. § 1 et seq. ("FAA"), will govern its interpretation and enforcement and any proceedings under it. It is the intent of the parties that the FAA and the Rules shall preempt all state laws to the fullest extent permitted by law. If the FAA and the Rules are found to not apply to any issue that arises under this Arbitration Agreement, then that issue shall be resolved under the laws of California.

At the conclusion of the arbitration proceeding, the arbitrator shall issue a reasoned written decision sufficient to explain the essential findings and conclusions on which the award is based. An arbitrator's award that has been fully satisfied shall not be entered in any court.

As in court, you and Fashion Nova agree that any counsel representing a party in arbitration certifies when initiating and proceeding in arbitration that they are complying with the requirements of Federal Rule of Civil Procedure 11(b) and any applicable state laws of similar import, including certification that the claim or relief sought is neither frivolous nor brought for an improper purpose. The arbitrator is authorized to impose any sanctions under ADR Services' Rules, Federal Rule of Civil Procedure 11, or applicable federal or state law, against all appropriate represented parties and counsel.

Except as expressly provided in the Arbitration Agreement, the arbitrator may grant any remedy, relief, or outcome that the parties could have received in court, including awards of attorneys' fees and costs, in accordance with applicable law.

If any Dispute is determined not to be subject to arbitration or resolution in small claims court, the exclusive jurisdiction and venue for proceedings concerning such Dispute shall be the federal or state courts of competent jurisdiction in Los Angeles County, California.

**Arbitrator's Fees:** You and we agree that arbitration should be cost-effective for all parties and that any party may engage with ADR Services or NAM (as applicable) and/or the arbitrator to address the apportionment of the arbitrator's fees.

**Confidentiality:** The parties agree that the arbitrator is authorized, upon either party's request, to issue an order requiring that confidential information of either party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted court filing of confidential information must be done under seal to the furthest extent permitted by law.

By using this website, you consent to our use of first- and third-party cookies and similar tracking technologies to enhance your experience, conduct analytics, and advertise to you or others. You also consent to our sharing of information about your use of this website with our social media, advertising and analytics partners. Please see our Privacy Policy and manage .

particular claim), then, after exhaustion of all appeals, the parties agree such a claim or request for relief shall be decided by a court of competent jurisdiction, after all other arbitrable claims and requests for relief are arbitrated.

You agree that any arbitrations between you and Fashion Nova will be subject to this Arbitration Agreement and not to any prior arbitration agreement you had with Fashion Nova, and, notwithstanding any provision in these Terms to the contrary, you agree that this Arbitration Agreement amends any prior arbitration agreement you had with Fashion Nova.

**Section 5: Opt-Out of Future Changes to Arbitration Agreement:** Notwithstanding any provision to the contrary, if Fashion Nova makes any future change to this Arbitration Agreement (other than a change to the Notice Address), you may reject any such change by sending Fashion Nova an email to legal@fashionnova.com within 30 days of the posting of the amended arbitration agreement that provides: (i) your full legal name, (ii) your complete mailing address, (iii) your phone number, (iv) and, if applicable, the username or email address associated with any potential account on the Fashion Nova Website. It must include a statement, personally signed by you, that you wish to reject the change to the Arbitration Agreement. This is not an opt out of arbitration altogether.

**Section 6: Severability & Survival:** If any provision of this Arbitration Agreement, or a portion thereof, is foun to be void, invalid, or otherwise unenforceable, then that portion shall be deemed to be severable and, if possible, superseded by a valid, enforceable provision, or portion thereof, that matches the intent of the original provision, or portion thereof, as closely as possible. The remainder of this Arbitration Agreement sha continue to be enforceable and valid according to the terms contained herein. Notwithstanding the foregoing as set forth above, if any court or arbitrator determines that the ADR Batching Procedure and the batching procedure for claims administered by NAM are both void or unenforceable for any reason or that an arbitration can proceed on a class basis, then, after exhaustion of all appeals, the Arbitration Agreement shal be deemed null and void in its entirety.

This Arbitration Agreement shall survive termination of these Terms. Except as provided in the opt-out provisions set forth in above, the terms and conditions of this Arbitration Agreement shall supersede and replace any and all previous arbitration and class action/jury waiver agreements you may have entered into with Fashion Nova.



**SIGN UP FOR DISCOUNTS + UPDATES**

By using this website, you consent to our use of first- and third-party cookies and similar tracking technologies to enhance your experience, conduct analytics, and advertise to you or others. You also consent to our sharing of information about your use of this website with our social media, advertising and analytics partners. Please see our Privacy Policy and manage

By submitting your phone number, you agree to receive recurring automated promotional and personalized marketing text messages (e.g. cart reminders) from Fashion Nova at the cell number used when signing up. Consent is not a condition of any purchase. Reply HELP for help and STOP to cancel. Msg frequency varies. Msg & data rates may apply. By submitting your phone number, and signing up for texts, you also agree to our Terms & Privacy

**HELP**

**COMPANY**

**QUICK LINKS**

**LEGAL**

© 2026 Fashion Nova, LLC All Rights Reserved

By using this website, you consent to our use of first- and third-party cookies and similar tracking technologies to enhance your experience, conduct analytics, and advertise to you or others. You also consent to our sharing of information about your use of this website with our social media, advertising and analytics partners. Please see our Privacy Policy and manage                      .